ORIGINAL

FILED

09/11/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0218

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0218

_____

IN THE MATTER OF:

H.M.H.,                                                              ORDER

A Youth in Need of Care.

_____

Counsel for the appellant father of H.M.H. filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967). The father was granted time to file a response, but no response was filed.

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders*. We conclude there are no arguments with potential legal merit that could be raised in the father's appeal in this case.

IT IS THEREFORE ORDERED that this appeal is DISMISSED.

The Clerk is directed to provide copies of this Order to all counsel of record and to the appellant father personally.

DATED this 10th day of September, 2024.

_____
Chief Justice

_____

FILED

SEP 10 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____

_____

_____

_____

_____
Justices

2